UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES,**

        **Plaintiff,**

                                  Case No. 2:04-cr-00161
                                  JUDGE GREGORY L. FROST

    **v.**

**KEVIN GRANT,**

        **Defendant.**

## ORDER

On October 13, 2015, Defendant filed a motion for reconsideration of this Court's September 28, 2015 Order denying his motion to reduce sentence. (ECF No. 155.) Defendant simultaneously filed a notice of appeal of the same September 28, 2015 Order. (ECF No. 156.)

It is well settled that the filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58–60 (1982). Although Federal Rule of Appellate Procedure 4(a)(4) effectively nullifies a notice of appeal in civil cases where there exists a pending motion for reconsideration, *see Bong v. Long*, 892 F.2d 79, *1 (6th Cir. 1989), there is no such corresponding provision in the criminal context. *See* Fed. R. Civ. P. 4(b)(3).  Instead, the corresponding rule for criminal cases is limited to motions under Federal Rule of Criminal Procedure 29, 33, 34, and 35, *see* Fed. R. App. Pro. 4(b)(3)–(5), none of which are at issue in this case.

1

As such, the general rule applies and this Court lacks jurisdiction to consider the motion for reconsideration.  The Court accordingly **DENIES AS MOOT** the motion.  (ECF No. 155.)

**IT IS SO ORDERED.**

          /s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**